No. 85–7201.  ZARAGOZA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 85–7202.  MEST *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 85–7205.  HERRON *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 85–7207.  FRONTELA *v.* UNITED STATES; and
No. 86–5128.  DIAZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 791 F. 2d 170.

No. 85–7208.  CONKLIN *v.* TARD ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85–7209.  BREAZEALE *v.* KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 85–7210.  ALLEN *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 85–7211.  BROWN *v.* NORWOOD ET AL.  C. A. 4th Cir. Certiorari denied.

No. 85–7212.  GOINS *v.* LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS.  C. A. 7th Cir.  Certiorari denied.

No. 85–7213.  CULBRETH *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 85–7214.  HAMILTON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 85–7219.  LAMPORT *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 85–7220.  DARE *v.* SECRETARY OF THE AIR FORCE ET AL. C. A. 3d Cir.  Certiorari denied.

No. 85–7222.  COLLIER *v.* NEWSOME, SUPERINTENDENT, GEORGIA STATE PRISON, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 85–7223.  MCWILSON *v.* FOLTZ, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.